1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7

8    CHARLES E. DAVIS, JR.,                    No. C 08-1127 MHP (pr)

9            Petitioner,                        **ORDER FOR SUPPLEMENTAL
                                                MATERIALS**
10       v.

11   BEN CURRY, warden,

12           Respondent.
     _____/

13

14       In this habeas action, petitioner has challenged the sufficiency of the evidence to

15   support the Board of Parole Hearings' May 31, 2006 decision that he was not suitable for

16   parole.  The record presented to this court by the parties does not include several of the items

17   normally presented by the respondent in a habeas action challenging a denial of parole, and

18   which the court needs to evaluate the legal claim.  Specifically, the record does not include

19   the life prisoner evaluation report, the psychological report, the probation report and/or state

20   court appellate opinion that described the facts of the murder, or any document that lists the

21   prisoner's disciplinary history.

22       Accordingly, respondent must file a copy of the following documents used at the

23   May 31, 2006 hearing: (a) the life prisoner evaluation report, (b) the psychological report, (c)

24   the probation report and/or state court appellate opinion on the appeal from the conviction

25   that described the murder, and (d) a list of the CDC-115s and CDC-128s issued to petitioner

26   showing the date and charge for each (if that information is not already contained in the life

27   prisoner evaluation report).   The court does not want more materials than were available to

28

**United States District Court**
For the Northern District of California

the BPH at the May 31, 2006 hearing, i.e., respondent should not submit any documents that post-date that hearing.  Respondent must file the requested materials in a packet marked as "Supplemental Exhibits" no later than **October 11, 2010.**  The court does not need further legal argument from the parties on this fully briefed habeas petition.

IT IS SO ORDERED.

DATED: September 9, 2010

_____

Marilyn Hall Patel
United States District Judge

2